of America. Oral argument not to exceed 15 minutes per side. Mr. Newsholtz for the plaintiff appellant. Good morning, Your Honor. If it would please the court, I'm Neal Newsholtz on behalf of Edward Holland Jr. This case involves the levy on 100% of Mr. Holland's Social Security when he has no other source of income. It's illegal for the Internal Revenue Service to take 100% of Social Security when a person has no other source of income. Why not bring a claim under A-9 then? I don't understand you to be pursuing, if he's truly penniless, why not bring the claim under A-9? You know what A-9 is? Yes, you're referring to the A-9-6334-D. That's a good question. I hadn't thought about that question. Because I believe that the problem here is that it's a continuous levy on 100% of Social Security. I'm sorry if I'm wrong, you can correct me, but I thought even if it's a continuous levy, you get the $1,500 offset. No, you get continuous levy under 6331-H is 15%. I didn't hear what you said. I'm sorry. The continuous levy under 6331-H is 15%. But if you seek the levy they're seeking here, it's 100% but you get the offset, correct? I'm not sure if I'm following the question. So the way I understand it, there's an A and an H maybe, and the H is the 15%, the one you say should apply. The A you get 100%. The A says income has a certain exemption. Then you go to 63, I'm sorry, A refers to 6334 which has exemptions in it. 6334-A-9 says income is exempt. 6334-D says the amount of the exemption is a total of a series of extra money. So the problem here is that it's a continuous levy which I believe is illegal because Social Security is not an unconditional payment that they can reach out into the future and take Social Security with a single levy. So the reason I filed under 6331-H is because I believe that Social Security is not subject to a continuous levy. Okay, related to that, this is a mandamus action? Right. Why didn't you pursue a different avenue? Well, the number one relief would be an installment agreement. Sorry, what? The number one choice would be an installment agreement with the Internal Revenue Service. If you have an installment agreement, then they don't levy. So I attempted to get an installment agreement, wasn't able to, contacted the Taxpayer Advocates Office, where you go when you don't have any remedies. Taxpayer Advocates Office said, and this is in the complaint, Taxpayer Advocates Office said we won't touch it if the Justice Department is involved. The Justice Department had the case, so I couldn't get anything with the is maintaining a continuous levy of 100%. I believe the continuous levy is not authorized by the law. Congress has said that the government can maintain a continuous levy on Social Security if it's at 15%. The complaint was filed on a mandamus action. They haven't precluded the 100%, right? They haven't precluded them from using the A section. There's nothing in section A that says you're precluded from seeking it under A. I'm a little confused by the statement of 100%. There's no rule that says they can't take, they can take 100% of Social Security if you have another source of income. Is that what you're, when you say 100% there's not. I mean, they can take, your essential claim is they're taking all the Social Security now. When he doesn't have another source of income. Right, but you haven't proven off that he doesn't have another source of income, right? If he doesn't, you could seek an exemption under A-9. Am I wrong about that? I could seek an exemption under A-9 if I had somebody in the government that would process the exemption. But the real problem is they're taking, because I have to get somebody in the government to recognize. But you haven't sought that, right? If you haven't sought it, you can't get them to recognize it. You have to go to them and say, hey, he's penniless, I need an A-9 exemption. And you haven't done that. Am I wrong or right? No, I've not gone to them and said he's penniless. What I've said is you cannot conduct a continuous levy on Social Security at anything over and above 15% because 6331H limits levies, continuous levies on Social Security. They've been doing this for a long time. Since 2012. So why didn't you start an action to get, to challenge this? In 2012? Well, I don't know exactly when Edward Holland did not have a separate source of income. Under the regulations... But they're two different things and I don't claim to be a tax expert. But having no other source of income relates to Section A, not to Section H, right? No, that's correct. Okay. So if your claim here, and I understand that your major claim here is to say you can't do this under A, you have to go under H. Correct. So when they started doing this under A and taking all of it, why didn't he start an action that said, hey, you can't do this under A. You have to go under H and you're limited to 15%. I don't know why he didn't start an action earlier than the action that I started. But I filed an action under 6331H because they're maintaining a continuous levy which is in excess of 15%. But what do you do about the Anti-Injunction Act? The Anti-Injunction Act says that we have to have another adequate remedy provided by Congress. What is the, if the government is today, take... South Carolina v. Regan? Yes. Yeah, you have the 7443 exemption. 74, is that the damage section? Yeah, the damages. The damage section doesn't give us an injunction against the future, I'm talking about future payments. Damages would cover in the past, the damage action isn't going to stop the government from the continuous levy at 100%. Plus, my client isn't going to get damages because he owes the government $20 million. So if he sues for damages... It's still a remedy at law, that's all that South Carolina v. Regan required. But the remedy must be addressed to the, it's not a remedy for a continuous levy over 15%, it's just a remedy for damages. But couldn't you, I must be missing something. When this started, didn't you have the right to go to the tax court? And no, you say you can't. What would happen, according to the government, is that the first time the government issues a notice of levy for a particular year, you get a, what's called a collection due process notice. You have 30 days to file something. Now, let's say that at the time in 2012, that is sufficient to cover the exemption. And so the levy on 100% of his Social Security is proper. Then suppose he... Hold on, now I'm confused. I'm sorry. I thought the 100% levy is never proper on Social Security. In response to Judge White, I thought that's what you said. When you don't have another source of income. The exemption, let's say, is $18,000. Wait a minute. I thought your argument is that Social Security, continuing to cover payments, you have to be under Section H, continuing levy. And it doesn't matter how much money the person has, you can't go under A. Maybe I misunderstood your question as to why we didn't do something earlier. I don't know why my client didn't do something earlier, and should have done something earlier. But are you saying, no, Judge White asked, and I thought you said, the government can never proceed under A against Social Security benefits. I assume you're arguing that because in your mind they're not fixed and determinable. On a continuous levy. Right. Yes, the government cannot do a continuous levy on Social Security other than... So it doesn't matter if they're penniless or not. Correct. But you keep saying because they're penniless, it's improper. You had asked me earlier, why not pursue 6334D, which is the exemption section, and I'm saying that's problematic because they could possibly, under that section, which says they have to give a certain exemption, because the regulations say, if you have other income, which is greater than the exemption, then they can take 100% of that particular source. 6331H, which says they can take a continuous levy on Social Security, also when they pass that, they pass 6331F, which says, if you do 6331H, you ignore 6334A9. And 6334D, which are the exemptions. So that's why I've kind of had to bounce back. Depending on which section you're pointing me at, if you're talking about 6330A9, they cannot take 100% of Social Security unless you have another source of income. That's illegal. Okay, so what is the procedure? I mean, you work in this field. What is the procedure for someone who has exhausted all their other assets? In terms of fighting a levy on 100% of their Social Security? Yes, they've lived with a 100% levy. They didn't challenge it because they had other assets that... Other income. Yes, other income. And now they don't. How does one go to the IRS and say, my circumstances have changed, I am now entitled to this exemption? At that point, I'm dealing with the Justice Department, which is prior to the... I'm out of time, if that matters. At that point, I'm dealing with the Justice Department, who knows that Edward Holland doesn't have other income. I'm attempting to get an installment agreement with them, they're telling me no. I then turn to the taxpayer advocate, and I say I'm having trouble, I can't get an installment agreement with the Justice Department. So they know, the government knows. No, but is there a procedure? Is there a petition? Is there... You're saying that there's no procedure for that taxpayer. Forget about Edward Holland. Yes, I'm saying, assuming that something has happened, that the levy is issued, and it's no longer valid, there's no procedure to get them to change it. There's no official, I mean, you could call them on the phone, which is what I did, but there's no other procedure to get them to stop taking the Social Security, other than a petition for mandamus. What about all the procedures they list in their brief? They list, there's two, well, one of them was withdrawn, which was the election process. So there's two procedures. One is the damage procedure, which doesn't have a remedy going forward from the judge to stop the levy, make it 15%. The government has said, well, if I file a damage claim, and one other thing about the damage claim, it's only going to cover two years of damages, because you can only file it two years after the notice of levy. So after that two-year period expires, you can't do anything with a damage claim. So wait a second, you're saying that if you go to the tax court, and you start a damage action, and the outcome is that yes, what? The tax court doesn't have jurisdiction over the damages, the tax court has limited jurisdiction. The typical jurisdiction comes when, say there's a tax audit, and then you get a, what's called a proposed assessment, and if you don't like that, you go to tax court. You've got to go to district court on something like this, in my opinion. So if you go to district court and get a judgment that says that you're entitled to the exemptions, you're saying that that doesn't operate in the future? That does operate in the future, but I don't know of any provision of the law that says that I can go to a district court and get a judgment that the government is not complying with the exemptions. There isn't any provision for that. If I'm past, if I could argue it in the damage case, if I'm within two years of the levy, because it's a two-year statute of limitations, but there's no provision that I know of where I could sue and say the government's not following the exemption provisions. I could on date with an equivalence, the collection due process hearing. If on the date they issued that, Holland qualified for the exemption, I could do that. But I'm assuming that Holland had other income at the time that they served the levy, and the equivalency hearing would not have qualified, we wouldn't have been able to do anything. You'll have time for rebuttal. Thank you. Maybe you could pick up where we left off. What does a taxpayer do who had been subject to the 100 percent levy, did not feel that at that time he or she was entitled to the exemptions, but the circumstances have changed, it's beyond two years, and how does the person litigate that? Yes, Your Honor, that's an excellent question. What would happen, and I think that's the correct question to ask, which is if the taxpayer at the time, which appears to be the case here, was not entitled to an exemption because he had other sources of income. When the circumstances change, the onus is on the taxpayer to come into the IRS and submit a verified statement of entitlement to an exemption, to file this administrative request to recognize the exemption based on the change in circumstance. The regulations put the onus on the taxpayer, as the Fifth Circuit has said in Milton in Mission Primary. How do they do that? Because it seems like your friend said he couldn't do that. It's a simple one-page form that spells out what exemption you're entitled to and spells out how you calculate that, and then the IRS can also ask for additional information to verify. So you can seek that exemption at any time, but if the IRS denies it, there's no reviewability, right? That's not correct, Your Honor, because the taxpayer could file a suit for damages for the failure to recognize that exemption. 7433 or whatever that is. That's correct, Your Honor, and that's what the taxpayers did in the Marsh case that we cited. They went into court and said the IRS is acting contrary to law by not recognizing the exemption to which I'm entitled. Do you agree that that's the only legal remedy they have? Correct. That's the only judicial remedy to challenge that. And the statute begins to run when the exemption, when they qualify for the exemption? That's correct. It would run from whenever the IRS is allegedly violating either an internal revenue code provision or a treasury regulation. So whenever the violation occurs, whenever the taxpayer becomes entitled to an exemption that the IRS is not allowing. So it wouldn't necessarily be when the levy started if, as appears to have occurred here, Mr. Holland initially had other sources of income. Those dry up. Whenever it is that those dry up and he becomes entitled to the exemption that the IRS is not allowing, that's when the two-year window would start to run. You concede that? Yes. Yes. Yeah, he absolutely could do that. He could file a form today asking for this exemption. What about his point that, okay, that'll handle past damages but not forward, the problem going forward? We don't think that's a correct statement of the law. The relevant treasury regulation is 301.7433-1E, which provides that a taxpayer can seek... Say that again. Sure. It's 301.7433-1E, which provides that a taxpayer can seek both past damages already incurred as well as future prospective damages that are readily foreseeable. So they can seek both backward-looking and forward-looking damages. Under 7433. That's correct, John. And to the point that, you know, Mr. Newsholtz has speculated that perhaps the IRS would say that Mr. Holland brings a suit for damages, prevails, and Article III court says this is illegal, unauthorized, and maybe the IRS just thumbs its nose at that court ruling and says we're going to leave this unauthorized, unlawful levy in place. We would have two responses to that, the first of which is we think that's highly unlikely, that what would likely happen in that scenario is the Department of Justice would direct the IRS to release the levy, and we think the IRS would do so. But even if the IRS just thumbed its nose at the court and said we're not going to follow this, we're going to proceed and continue enforcing this unauthorized levy, we still think that Mr. Holland would be in a much better position and on a substantially different legal footing if he pursued that remedy. And the reason is because at that point, we think that he could satisfy the Williams-Packing exception to the Anti-Injunction Act. He could come into court and say, look, I am certain to prevail on the merits because I just did. A court has already ruled that this is an unlawful, unauthorized levy res judicata. Moving to the second prong of the Williams-Packing exception, he has to show that he lacks an adequate remedy. The thing that I'm standing up here today and saying is an adequate remedy is a damages suit. If the IRS says we're just going to ignore a district court ruling saying that this was an unauthorized collection action, we're going to proceed and continue to enforce it, that argument goes out the window. At that point, he could bring an injunction suit to which the government would have no defense, not a jurisdictional defense, not a defense on the merits. He would win. He would get his attorney's fees. The government might even be sanctioned under those circumstances. So we believe that he did have a remedy. He just didn't timely pursue that particular remedy. On the Section H or Section A, is that barred? Is that something he can, I mean, the levy continues in the future. Is there any place he can litigate that? We don't think that he can timely litigate this issue of whether it's 100% versus 15% because that 7433 suit for damages would be time barred now because he knew when the levy began in 2012 that the IRS was taking 100% rather than 15%. He could, however, go to the IRS and claim that he was entitled to a dollar amount exemption, which would be subject to review under a 7433 action. Or he could also apply for a hardship release under 6343. That's not subject to judicial review, though. It would be subject to judicial review in the same way, that he could file a suit for damages if the IRS denied his request for economic hardship as the taxpayers did in the Nuttall case. That he could say, I'm entitled to a hardship release as a matter of law. This levy is causing me to be unable to meet my basic living expenses. Therefore, it has to be released as a matter of law. You agree his only action in court under Regan, the exception in Regan, is 7433. That's correct, Your Honor. We think more likely than not that it was even an adequate remedy, but certainly it was an available remedy, such as South Carolina as a double I. Correct. And to seek it under A, it has to be fixed and determinable, right? That's correct, Your Honor. Why, if Congress can later cut it off, is it fixed and determinable? You agree Congress could cut it off. That's correct, Your Honor.  So why isn't it, under Gold Forever, why is it not fixed and determinable because Congress could cut it off? Well, what this Court said in Gold Forever is just the fact that a payment is subject to potential defeasance does not mean that it's not fixed and determinable. But that was, right, Gold Forever was contracts, right? Correct, Your Honor. And didn't the Supreme Court reject the analogy between Social Security and contracts in Fleming? Well, it said that a taxpayer doesn't have a vested right insofar as they're defeasible because an act of Congress could abrogate that right. Although that wasn't certainly a levy case, it wasn't determining whether it was fixed and determinable. That being said, we don't think that the possibility of an act of Congress abrogating a right is the kind of condition that would render something no longer fixed and determinable. There's no court that said that, created a per se rule that any contingency would render an obligation no longer fixed and determinable. So, for example, the Ninth Circuit in Hemin, which was subsequently followed by the Eleventh Circuit in Ruff, was dealing with an administrative expense that was subject to three separate contingencies. There had to be sufficient funds in the bankruptcy estate to pay it, it had to be approved by the bankruptcy court, and the trustee had to not move to disallow it. Nonetheless, that was still determined to be a fixed and determinable obligation. So when I think of fixed and determinable, and I recognize this might not be consistent with Goal Forever and I'm bound by that, but why isn't here different in that you have to live the next month before you can pay it? So it's different than a contract that in theory would pay you or your estate. Social Security doesn't work that way. Right, we think that the proper way to view this is the way that the bankruptcy court did in Westville is to say that the taxpayer's death is a condition subsequent that terminates the right, not a condition precedent that gives rise to the right. That a taxpayer's... You won't get the money, it seems to me. Isn't it a condition precedent? Like, you have to live to collect. Well, that doesn't make this any different than the cases involving a levy on a taxpayer's right to receive pension benefits or annuity payments or disability insurance benefits, all of which have held to be fixed and determinable, have been so held repeatedly by the courts. For example... Those are all district courts, though, right? Or am I wrong? No, Your Honor. So in Trammell, which is a bankruptcy court case, the bankruptcy court there walks through a number of cases that have held that pension rights are subject to a one-time levy under subject...  Well, it cites to the Ninth Circuit's case in Wyler. We also would cite in our brief to the Fifth Circuit's decision in Shambhala. In the case of annuities, the Ninth Circuit in Butler found that a one-time levy under subsection A was sufficient to reach a future stream of annuity payments. And so I'm sorry, I'm talking about... This is my poor question, so I apologize. I'm talking about Social Security payments. No circuit court has held they're fixed and determinable. That's correct. The Seventh Circuit in Bowers did say that the government has a colorable position to that effect, such that it's not certain that the government could not ultimately prevail. But no circuit court has reached the merits of that decision. And that's all we need to find for the Anti-Injunction Act to apply. That's correct. That the taxpayer has to demonstrate not merely that they might prevail, but rather that they are certain to do so to satisfy the First Preliminary Williams Packing Exception. And alternatively, even putting aside the Anti-Injunction Act, which we think is a bar in this particular instance, we would also submit that this suit also fails because Mr. Holland has not demonstrated the prerequisites for mandamus relief. That he has to, under this court's decision in Willis, demonstrate that he has colorably, or colorably demonstrate that he's exhausted all other avenues of relief, which would include administrative relief. For two of the theories that Mr. Holland is alleging, we would say for the first time on appeal, or substantially for the first time on appeal, Mr. Holland still has administrative recourse available to him. If he wanted to submit a request for an exemption under Section 6334, he could do that to this day. If he wanted to request a release from the levy based on economic hardship, he could do so to this day. And in terms of this... He wanted to do what? He wanted to request a release from the levy based on economic hardship. He could submit an application to the IRS today and do that. And then finally, the theory that he did plead in his complaint, which is that the levy is limited to 15% as a matter of law, he also had administrative remedies that were available to him. At a minimum, he could have pursued a collection appeals process hearing. He could have submitted an administrative claim for damages and then brought suits under Section 7433. You just lost me on the last one. Sure. Are you talking now about the 100%, 15% issue? Correct, Your Honor. And is there something that he could do now? No, Your Honor, that's time barred. But because he forwent that review, because he forwent those other avenues of relief, we think that he's precluded from proceeding under mandamus at this point. If the Court doesn't have any further questions, we would ask that the District Court be affirmed. Thank you. Thank you. I'm going to address the verified statement and how that works and what it does and what it doesn't do. I believe that the government's position that that was a remedy for Mr. Holland is incorrect. And I think it's important to look at the regulation which is cited in my brief on page 19, 301.6334-2C, which is related to the A9 and Section D exemptions. And what it says is when the government serves a levy on income, they should tell the person that they're levying on at the time that they serve the levy whether the particular taxpayer has another source of income. And if they don't do that, the recipient of the levy is supposed to assume that the person does not have another source of income. So basically what the regulation says is when the government serves a levy, tell the person if the taxpayer has another source of income so that they can send 100% of whatever it is. And that means that at the time they serve the Social Security levy, they would have had to have said to the Social Security Administration Mr. Holland has at least $17,000, $18,000 of other income. Now, the verified statement that the government has indicated as a solution for Mr. Holland does not address that issue. All it does is the presumption is when you figure out the exemption in the statute is that a person is married, finally single with one exemption. You start out with that assumption and that gives you $12,000 standard deduction, $4,150 for the exemption. When you file the verified statement, all you do is say I don't have one exemption. I have more than one exemption. I'm not married filing separate. I'm married filing joint. That's all the verified statement does. It does not say, if Edward Holland sent in a verified statement today, it would have no effect on his income status. It wouldn't say that I don't have any other income. You're taking too much. The verified statement does not accomplish that. All that accomplishes that is the government, when it sends the levy, it says to the Social Security Administration Mr. Holland has at least $18,000 to whatever the number is, whatever the number was in 2012. It's a smaller number. So if you imagine an individual, say it's a woman who's 65 years old and getting Social Security and works, gets the levy, it's proper because she has other income. Two years later, she retires from work and the government continues to take 100% of her Social Security. She would have no remedy because the two years has gone by and there's nothing she can do about that. The statute would bar her from filing a claim according to the government. There's no way she can apply to the government, but whether the government does anything, I mean, in this case, the government's well aware that Mr. Holland has no other income and it's still insisting that it should be allowed to take 100% of his Social Security. I'm not sure what more they would want in order for them to stop taking 100% of his Social Security. Now, the question is whether the damages under 7433 are going to be sufficient. And, you know, there's no reason for, well, the Anti-Injunction Act specifically says there has to be an alternate remedy that's available that's clear and precise and addresses the issue. 7433 has nothing to do with whether the government can continue to levy at 100% levels on Social Security. All it does is give him damages within two years and then some foreseeable damages. But it doesn't get Mr. Holland an order that says you cannot take 100% of his Social Security under, you know, when he has no other source of income. Now, the question of fixed and determinative, I would fix the determinable under the regulations and under Gold Forever. I would note that if the government tried to seize and sell Mr. Holland's Social Security rights, his rights to Social Security, they wouldn't be able to do it because it's not, he doesn't have any, it's not an asset there. Every payment is subject to a condition that he lives in the following month. I see that I've run out of time. Thank you. I am going to suggest that is, is there any way that, I mean, we do have the Mediation Office. I don't know whether, has the Mediation Office been involved in this case? I'll let the government address that. You can stand up here too. Yeah. So, there were some, there were some conversations. We have had some conversations just between the parties in terms of potential resolution and we have spoken to Mr. McFaul in the Mediation Office. He hasn't been formally involved but we have had some discussions about potentially trying to resolve some of these issues. Without, I don't know if I'm violating any of the, you know, the negotiations you can't repeat, but we've reached in a, the Trial Division contacted me to try to, I have two cases that are pending in the Sixth Circuit, or no, one, another case that the Trial Division had that's in the Sixth Circuit and from my understanding the Appellate Division did not like the settlement. I don't, I don't think that that's exactly right. There have been some discussions about potential resolution of this case. I don't want to get into those specifics. So, the question is would it do any good? Would there be some maneuvering room here such that if the Mediation Office were formally involved here you might be able to get this worked out? From the government's perspective, I think that could be helpful, yes. I've agreed already to whatever. Well, we will contact Mr. Calico today. Okay. Thank you, Your Honor. Thank you. Thank you both. The case will be